UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/30/08
```

--------------------------------------------------X

*EVERLIGHT USA INC.*

   *V.*

*CAROTRANS INTERNATIONAL, INC.*

**ORDER OF REFERENCE
TO A MAGISTRATE JUDGE**

08 Civ. 4403 (LAP)(DF)

--------------------------------------------------X

    The above entitled action is referred to the designated Magistrate Judge for the following purpose(s):

✓   General Pretrial (includes scheduling, discovery, non-dispositive pretrial motions, and settlement)

\_\_\_   Specific Non-Dispositive Motion/Dispute:*

    _____

    _____

    If referral is for discovery disputes when the District Judge is unavailable, the time period of the referral: _____

\_\_\_   Settlement*

\_\_\_   Inquest After Default/Damages Hearing

\_\_\_   Consent under 28 U.S.C. §636(c) for all purposes (including trial)

\_\_\_   Consent under 28 U.S.C.§636(c) for limited purpose (e.g., dispositive motion, preliminary injunction)

    Purpose:_____

\_\_\_   Habeas Corpus

\_\_\_   Social Security

\_\_\_   Dispositive Motion (i.e., motion requiring a Report and Recommendation)

    ParticularMotion:_____

    All such motions: \_\_\_\_

\* Do not check if already referred for general pretrial.

**SO ORDERED.**

DATED:   New York, New York
         MAY 30, 2008

*Loretta A Preska*

United States District Judge