PURRINGTON & McCONNELL
John H. McConnell (JM-6374)
82 Wall Street – Suite 1110
New York, New York  10005
(212) 943-5757

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------x

EVERLIGHT USA, INC.,

                Plaintiff,        **08 Civ. 4403 (LAP)**

    -against-

CAROTRANS INTERNATIONAL, INC.,        **NOTICE OF**
                                                                                             **APPEARANCE**

                Defendant.
-------------------------------------x

TO THE CLERK OF THE COURT:

      PLEASE enter our appearance in the above entitled action, as attorneys for the Plaintiff Everlight USA, Inc.

Dated:    New York, New York
            September 15, 2006

                                          PURRINGTON & McCONNELL
                                          Attorneys for Plaintiff

                                              *s/ John H. McConnell*
                                    By: _____
                                         John H. McConnell (JM-6374)

                                         82 Wall Street
                                         New York, New York 10005
                                         (212) 943-5757